# COMPOSITE EXHIBIT 1

# Electronic Articles of Incorporation
## For

THE PROTEGE PROJECT, INC.

N17000008356
FILED
August 14, 2017
Sec. Of State
kbrumbley

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   THE PROTEGE PROJECT, INC.

## Article II
The principal place of business address:
   1736 N.E. 171 STREET
   NORTH MIAMI BEACH, FL. 33162

The mailing address of the corporation is:
   1736 N.E. 171 STREET
   NORTH MIAMI BEACH, FL. 33162

## Article III
The specific purpose for which this corporation is organized is:
   COMMUNITY OUTREACHDEDICATED TO ENHANCING FAMILIES
   THROUGH IT'S EXCLUSIVELY DESIGNED

   FUTURE-FOCUSED(FAITHBASED)CHARACTER-DEVELOPMENT,ENTREPRENEURIAL,MENTORS

## Article IV
The manner in which directors are elected or appointed is:
   AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
   RYAN TURIZO
   1736 N.E. 171 STREET
   NORTH MIAMI BEACH, FL. 33162

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RYAN TURIZO

```
                                                            N17000008356
                                                            FILED
                        Article VI                          August 14, 2017
                                                            Sec. Of State
The name and address of the incorporator is:                kbrumbley
    RYAN TURIZO
```



Electronic Signature of Incorporator: RYAN TURIZO

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title: PRES
RYAN J TURIZO

Title: VP
JOSHUA T UNDERWOOD

Title: DOO
NICKLAUS J PRITCHARD

[The Protege Project, Inc.](#)

⬚Get Quote ⬚[Call now](#) ⬚[Get directions](#)

- Updates
- About us
- Gallery
- Contact

# The Protege Project, Inc.

Non-Profit Organization Mentoring At-Risk Youth

Open 24 hours

Get Quote



Posted on Jun 24, 2018

Hip Hop Artist Bnice traveled all the way from California just to speak with the kids of AMi Kids Of Greater Fort Lauderdale.

## VIEW ALL

## ABOUT US

We offer a unique character-development,entrepreneurial,mentorship program to inspire and empower our community.

## GALLERY



## CONTACT US

### Contact

CALL NOW

- (954) 274-7820

### Address

GET DIRECTIONS

1736 N.E. 171 Street
North Miami Beach, FL 33162
United States

### Business Hours

Mon:   Open 24 hours

Tue:  Open 24 hours
Wed: Open 24 hours
Thu:  Open 24 hours
Fri:   Open 24 hours
Sat:  Open 24 hours
Sun:  Open 24 hours

Report abuse

Powered by **Google**

Message sent. We'll get back to you soon.

This site uses cookies from Google.
Learn more

?