UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-62062-Civ-COOKE/HUNT

RYAN TURIZO, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

RICK CASE ENTERPRISES, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Joint Stipulation of Voluntary Dismissal with Prejudice, ECF No. 14. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of October 2019.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*